[No. 17579-1-III.    Division Three.    April 15, 1999.]

DENNIS HAYDEN, ET AL., *Appellants*, v. MUTUAL OF
ENUMCLAW INSURANCE CO., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 96-2-00200-2, Robert N. Hackett, Jr., J.,
entered May 13, 1998. *Affirmed* by unpublished opinion per
Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.
Now published at 95 Wn. App. 563.

[No. 17610-0-III.    Division Three.    April 15, 1999.]

CHARLES WICKLANDER, ET AL., *Appellants*, v. OUR LADY OF
LOURDES HEALTH CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 97-2-50296-1, Philip M. Raekes, J., entered
June 1, 1998. *Affirmed* by unpublished opinion per Schul-
theis, C.J., concurred in by Kurtz and Kato, JJ.

[Nos. 21141-6-II; 21164-5-II;   Division Two.   April 16, 1999.]
    21482-2-II.

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN GLENN
KEEHN, *Appellant*.

THE STATE OF WASHINGTON, *Appellant*, v. GARY WARDEN,
JR., *Respondent*.

*In the Matter of the Sentence of* BRIAN GLENN KEEHN.

Appeals from judgments of the Superior Court for Clal-
lam County, Nos. 96-1-00052-2, 96-1-00058-1, George L.
Wood, J., entered September 13, 1996. *Affirmed* by unpub-
lished opinion per Houghton, J., concurred in by Morgan
and Hunt, JJ.